IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

PETER CELENTANO,

Defendant.

**DECLARATION OF
JAMES S. WOLFORD**

Case No. 25-CR-78-V

---

**JAMES S. WOLFORD,** hereby declares under penalty of perjury as follows:

1.      I am an attorney admitted to practice before the Courts of this State and in the United States District Court for the Western District of New York.  I am a partner with the firm of Gallo & Iacovangelo, LLP, attorneys for defendant Peter Celentano (hereinafter "Peter").

2.      I submit this Declaration pursuant to Rule 32(f) of the Federal Rules of Criminal Procedure and respectfully request that Celeste be sentenced to time served.

3.      I have reviewed the Presentence Investigation Report, prepared August 15, 2025; and revised on September 22, 2025 with Peter and he hereby adopts the PSR in its entirety.

4.      As detailed in the Presentence Report ("PSR"), Peter had an excellent employment record with Amazon Web Services in Seattle as a Senior Solutions Architect since 2018 and prior to that was employed by Open-Source Consultants in East Brunswick, New Jersey, as a Senior Consultant. (see PSR ¶¶86-88).

5.      As detailed further in the PSR, Peter completed his high school education in 2007 at Bellport High School in Brookhaven, New York and received an advanced New York State regents' diploma. (see PSR ¶¶83-85). Upon completion of high school, Peter enrolled at SUNY

1

Potsdam where he completed his Bachelor of Arts degree in 2012, and obtained a 3.8 grade point average.

6.     Around 2013, Peter enrolled at Stony Brook University where he completed a Master of Art Degree in Music Performance, as well as his Doctorate in Music Performance, and obtained a 4.0 grade point average.

7.     Peter's wife, Amy Celentano, described Peter best as the "kindest person she has ever met, generous, who would give someone the shirt off of his back and has a genuine concern for others." "Peter is a wonderful father… he reads to Dominic [their 6-year-old son]… he does it all… he has been everything to me for as long as I have known him… he is my soulmate… his family is wonderful… everything about him is wonderful… I have no doubt that he loves my son and I." (see PSR ¶72).

8.     When asked about his involvement in the offense, Amy stated, "I have no idea… I am still puzzled." She advised that he has accepted responsibility and acknowledged his wrongdoing and is looking forward to putting this past him and moving forward. (see PSR ¶73). Amy and their son will obviously be a positive influence on Peter when he is released from custody and will continue to help provide a stable environment for him. Peter and Amy were married in August of 2015 and reside in Bergen, New York and have one child together, 6-year-old Dominic, who also lives at the Bergen home.

## CONCLUSION

9.     Based upon all the submissions herein, the information detailed in the PSR, and the legal arguments contained in the accompanying Memorandum of Law, Peter respectfully requests that he be sentenced to 41 months in the Bureau of Prisons.

10.    Peter also requests that in the event he is sentenced to the Federal Bureau of Prisons, that he be sentenced to a prison facility located as close to Rochester, New York as

possible, and he be eligible for any and all services offered and available in the Bureau of Prisons.

11.    Peter lastly respectfully requests that his fine respectfully be waived.


Dated: Rochester, NY
      July 14, 2026                                      **GALLO & IACOVANGELO, LLP**


                                      */s/ James S. Wolford*
                                        James S. Wolford, Esq.
                                        Attorneys for Defendant
                                        180 Canal View Blvd., Suite 100
                                        Rochester, NY 14623
                                        Telephone: (585) 454-7145
                                        E-Mail: JamesWolford@GalloLaw.com