IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

PETER CELENTANO,

Defendant.

**DECLARATION OF
JAMES S. WOLFORD
SUBMISSION OF DEFENDANT'S
STATEMENT & CHARACTER
LETTERS**

Case No. 25-CR-78-V

---

**JAMES S. WOLFORD,** hereby declares under penalty of perjury as follows:

1.      I am an attorney admitted to practice before the Courts of this State and in the United States District Court for the Western District of New York.  I am with the firm Gallo & Iacovangelo, LLP, attorneys for defendant Peter Celentano (hereinafter "Peter").

2.      I submit this Declaration pursuant to Rule 32(f) of the Federal Rules of Criminal Procedure and respectfully request that Celentano be sentenced to 41 months with time served.

3.      I have reviewed the Presentence Investigation Report, prepared August 15, 2025; and revised on September 22, 2025 with Peter and he hereby adopts the PSR in its entirety.

4.      Although there are no objections, there is more to Peter than contained in the PSR. Attached hereto as **Exhibit A** is Peter's statement. Attached hereto as **Exhibit B** respectively are letters from loved ones reflecting the true nature and characteristics of Peter.

## POINT I

### LETTERS IN SUPPORT

5.      The enclosed letters authored by Peter's family and friends attest to his true character. As the letters clearly establish, Peter has a complete understanding of the consequences of his actions and a deep commitment to remaining a law-abiding and productive member of

1

society. The following highlighted quotes from the letters, at **Exhibits A** and **B**, undoubtedly

confirm these facts:

- I wanted to express my remorse and regret for all of my actions which led up to and resulted in my criminal prosecution. I grieve all the damage and suffering caused to all involved, especially to my wife and son. Since October 2024, I have made every effort to do the right thing, and to change my life for the better (despite my incarceration)... I deeply regret my actions. My wife and family are supportive of me, though we all realize I will have much work to do in rebuilding my lives with them. – **Peter Celentano, at Exhibit A.**

- Regarding his conduct, I can only say that it was out of character for somebody I have known so long. Peter is kind and caring, a good father and a loving husband... He is needed at home. Our son was recently diagnosed with several disabilities and I have struggled for the past (almost) two years to deal with this alone... I need the support of my husband to manage the household and be a good mother to our son...I plan to support Peter by attending counseling with him, and to support his spiritual needs... by going to Mass and meeting with a priest...He has learned not to take his family for granted, having been away from us for this length of time. – **Amy Celentano, Peter's wife.**

- I do not write this to minimize or excuse his actions. Rather, I wish to provide your Honor with an honest perspective on his true character, his capacity for deep self-reflection, and the foundation he has consistently built outside of this deeply unfortunate chapter... I have been deeply moved by how he has chosen to handle his incarceration... We have spent countless hours discussing works like St. Augustine's *City of God,* exploring its themes of human fallibility, the consequences of self-serving actions, and our profound responsibility to pursue a higher moral order... he requested that I send him an *Ignatius Study Bible* so he could deepen his understanding of his faith. Rather than reading passively, he has actively utilized its extensive essays and scholarly notes to rigorously examine his life, bringing new insights from his independent study into our regular conversations... I have watched my brother use these texts to rigorously examine his own life and take full accountability for his missteps. My time in law enforcement has shown me the stark difference between those who are simply sorry they were caught and those who are genuinely committed to reforming their lives. My brother falls entirely into the latter category... Grounded by his responsibilities as a husband and father, he also intends to pursue ordination as a deacon, allowing him to turn his deep introspection into a structured life of service and accountability... I firmly believe that my brother possesses the integrity, the self-awareness, and the familial support system necessary to successfully rebuild his life as a law-abiding citizen. – **Paul Celentano, Peter's brother.**

- I am fully aware of the seriousness of the situation that brings my son before your court, and I do not write this to make excuses for his actions. I know Peter carries a deep and sincere remorse for what he has done... Peter is a very loving and caring

person. He has always been a wonderful son and brother, but above all, he is a devoted husband and father. He loves his wife and his seven-year-old son more than anything in the world... I want to assure the Court that when Peter is permitted to return home, he will not be facing his future alone. His siblings and I, alongside his wife, are fully committed to supporting him. Our family will be here to help provide whatever foundation he needs to rebuild his life responsibly and be the father his seven-year-old son needs him to be. – **Maddelene Celentano, Peter's mother.**

- I do not wish to try to excuse his actions, but instead to share his fundamental character, and the profound introspection he has undertaken to realign his life with the values he has held for so many years... He is as passionate about his craft of music and work in databases as he is compassionate and dedicated to his family... While his achievements go on, all of this has always been for his family, working to support his wife and ultimately, their son... Early in his incarceration, he requested that I order him a set of the Liturgy of the Hours, the purpose of which is to pray alongside other members of our faith at the same times of day with the same prayers... For the last year and nine months, he has ministered to the other inmates who were Catholic, praying with them, encouraging them, and studying the Bible in a way that has also deepened my own faith... I have witnessed a man who has prayed deeply, used his commissary to call the deacon from my church to discuss his family and his place as a husband, and has longed to hold his son again in his arms. While he understands that he has not shown his best to his family or his community, he is a truly repentant man who seeks to make things right with those around him... Through every step of this process, both his wife and extended family have never wavered from his side... I truly believe that my brother possesses the integrity, the self-awareness, and the support system necessary to succeed in rebuilding his life as a law-abiding citizen. I request that the court take his lifelong commitment of service to others, his genuine remorse, and the robust family support he can expect upon his release into consideration during sentencing. – **Michael Celentano, Peter's twin brother.**

- I do not seek to excuse or dismiss my brother's actions. However, I can honestly say that the actions that led to his guilty plea are not consistent with the man I have known my entire life. They do not reflect the caring, dependable, and supportive brother, father, and son he has always been... Peter has always been someone I looked up to. He has consistently been there for me throughout my life, offering guidance, encouragement, and support. Beyond being a wonderful brother, he has always been a devoted father... His willingness to use his talents to support others was especially evident when our father passed away in 2018. Our family experiences a tremendous loss, but my brother stepped up in meaningful ways during that difficult time. He created and maintained the website for the Celentano Foundation, a nonprofit we established to provide scholarships for graduating seniors pursuing music degrees... Although this experience has been incredibly painful, I believe it has also been a profound lesson for him, and one he is taking fully to heart... Our family remains committed to helping him move forward in a positive and responsible way. – **Rachel Celentano, Peter's sister.**

3

- Peter has always been a very responsible person who is eager to help others… he saw that a senior citizen's vehicle had broke down in the parking lot. Peter didn't hesitate to assist… He did the repair work with his own tools while I held the flashlight for him. He asked for absolutely nothing in return. He was simply happy to fix the problem for a senior in need. That selflessness is a true reflection of the Peter I know. During his incarceration, Peter has expressed to me his deep sorrow for his actions and his determination to be a better person. He took a proactive role while incarcerated, volunteering to work in the kitchen to prepare food for other inmates and clean until he was injured and physically unable to continue. – **Michael Previti, Peter's uncle.**

- Throughout his life, Peter has proven a highly disciplined commitment to his goals… Peter also chose to use his summers productively to build his skills and mentor others… he took on the responsibility of guiding and supporting younger students interested in the performing arts. He did not earn much money for these roles, but he loved the opportunity to help and mentor others…While Peter has made a serious mistake, his established history shows a man capable of intense discipline, positive community involvement, and sustained hard work. When he is released, he has a family who loves him ready to support his responsible reintegration into society. – **Samuel Previti, Peter's uncle.**

- My wife and I have known Peter since he was born, and aside from the serious mistakes he may have made in his current situation, he has always been a good person and continues to be a devoted nephew, son, father, and husband… We do not condone nor excuse Peter's actions — but we sincerely feel that time away from his son and his wife will remind him that his God given talents should and will be used to better the lives of others. – **Peter and Xiomara Previti, Peter's uncle and aunt.**

## CONCLUSION

6. Based upon all the submissions herein, the information detailed in the PSR, Peter respectfully requests that he be sentenced to 41 months at the Federal Bureau of Prisons.

7. Peter also requests that in the event he is sentenced to the Federal Bureau of Prisons, that he be sentenced to a prison facility located as close to Bergen, New York as possible, and he be eligible for any and all services offered and available in the Bureau of Prisons.

8. Peter lastly respectfully requests that his fine respectfully be waived based upon his lack of financial resources.

4

Dated: Rochester, NY
   July 17, 2026

           **GALLO & IACOVANGELO, LLP**


           */s/ James S. Wolford*
           James S. Wolford, Esq.
           Attorneys for Defendant
           180 Canal View Blvd., Suite 100
           Rochester, NY 14623
           Telephone: (585) 454-7145
           E-Mail: JamesWolford@GalloLaw.com