# EXHIBIT A

Peter Celentano 419505611
NEOCC
2240 Hubbard Road
Youngstown, OH 44505

Your Honor,

Thank you for taking the time to read this letter. I wanted to express my remorse and regret for all of my actions which led up to and resulted in my criminal prosecution. I grieve all the damage and suffering caused to all involved, especially to my wife and son.

Since October 2024, I have made every effort to do the right thing, and to change my life for the better (despite my incarceration). I have participated in all of the "program" opportunities made available to me, and I have maintained regular contact with my wife, son, and all my family.

I used to be an enthusiastic 2nd amendment enthusiast, and in my error and many poor decisions over the years, I went much too far with my "hobby", resulting in my crimes. I deeply regret my actions. My wife and family are supportive of me, though we ~~both~~ all realize I will have much work to do in rebuilding my lives with them. I pray for your mercy at sentencing, that I may begin the process of rebuilding life with my family.

Page 01
→

Thank you for your time and attention in my criminal matter, and I trust in your judgement.

Thank you again, and I look forward to seeing you again at my sentencing date.

Best wishes,

Peter Celentano