# EXHIBIT B

To the Honorable Judge Vilardo

I am Peter's wife, and companion of twenty years. He is the father of my child and my best friend. Regarding his conduct, I can only say that it was out of character for somebody I have known so long. Peter is kind and caring, a good father and a loving husband who provides anything our son and I could possibly need, and more.

I am respectfully and humbly asking for your leniency with Peter. He is needed at home. Our son was recently diagnosed with several disabilities and I have struggled for the past (almost) two years to deal with this alone, considering that family lives far away. I am working, but I need the support of my husband to manage the household and be a good mother to our son.

If released, I plan to support Peter by attending counseling with him, and to support his spiritual needs (which are very real, as he is discerning a vocation to the Catholic permanent Diaconate) by going to Mass and meeting with a priest. We will prioritize our marriage and our son together and establish daily routines to focus on connection. We would like to travel. Another goal of ours is to obtain some land and start a small farm. These things have always been our goals, until they were punctuated by a gap in Peter's judgment.

All of these things together give me hope for the future. Peter has hope, too. He has learned not to take his family for granted, having been away from us for this length of time. I hope that you will please consider this information when you make your decision regarding Peter's sentence. Thank you for your time in reading this.

Respectfully,

July 10, 2026

**Letter to the Honorable Judge Vilardo for the Sentencing Hearing of Peter Celentano**

Dear Honorable Judge Vilardo,

I am writing this letter to respectfully offer insight into the character of my brother, Peter Celentano. As a current law enforcement officer and a former professor teaching philosophy and international law, I hold a deep, unwavering respect for the justice system and the rule of law. It is with that professional and personal gravity that I write to you today.

I am fully aware of the seriousness of the situation that brings my brother before your honor. I do not write this to minimize or excuse his actions. Rather, I wish to provide your Honor with an honest perspective on his true character, his capacity for deep self-reflection, and the foundation he has consistently built outside of this deeply unfortunate chapter.

Growing up, my brother and I attended church together, where he first began using his natural musical talents to contribute to the ministry. That childhood dedication became a lifelong defining trait. Even as an adult, when his career and family considerations required him to move farther from our hometown, he immediately sought out a new congregation to serve. Despite holding an extensive musical background and a doctorate in the field, he consistently volunteered his time to elevate their music ministry, using his specialized degree entirely to give back to his new community rather than seeking the spotlight.

Furthermore, I have been deeply moved by how he has chosen to handle his incarceration. Drawing on my background in philosophy, my brother and I have engaged in frequent, intensely analytical conversations over the past several months. We have spent countless hours discussing works like St. Augustine's *City of God*, exploring its themes of human fallibility, the consequences of self-serving actions, and our profound responsibility to pursue a higher moral order. This pursuit has been entirely proactive on his part.

Last year, he requested that I send him an *Ignatius Study Bible* so he could deepen his understanding of his faith. Rather than reading passively, he has actively utilized its extensive essays and scholarly notes to rigorously examine his life, bringing new insights from his independent study into our regular conversations. These have not been mere academic discussions. I have watched my brother use these texts to rigorously examine his own life and take full accountability for his missteps. My time in law enforcement has shown me the stark difference between those who are simply sorry they were caught and those

who are genuinely committed to reforming their lives. My brother falls entirely into the latter category.

This intellectual and spiritual deepening has given him a clear, positive path forward. Upon release, he will return home to his wife and son. Our extended family has maintained close, unwavering contact with them throughout this process, ensuring that he will step back into a stable, deeply supportive environment. Grounded by his responsibilities as a husband and father, he also intends to pursue ordination as a deacon, allowing him to turn his deep introspection into a structured life of service and accountability.

Given my professional background, I do not make this endorsement lightly. I firmly believe that my brother possesses the integrity, the self-awareness, and the familial support system necessary to successfully rebuild his life as a law-abiding citizen. I humbly ask that the court take his lifelong history of service, his sincere remorse, and his structured plans for the future into consideration during sentencing.

Thank you for your time, your service to the community, and your careful consideration of this letter. Should you require any further information, please feel free to contact me.

Respectfully,

**Paul Celentano**
**332-269-1404**
**July 10, 2026**

Dear Honorable Judge Vilardo,

My name is Maddelene Celentano, and I am writing to you as Peter Celentano's mother. He is the oldest of my four children. I am fully aware of the seriousness of the situation that brings my son before your court, and I do not write this to make excuses for his actions. I know Peter carries a deep and sincere remorse for what he has done. My hope today is simply to share a mother's perspective on the core of who my son is, the values he was raised with, and the strong family waiting for him upon his release.

I was a stay-at-home mother until my youngest daughter started school. My life's focus was being there to support Peter and his siblings through every milestone, including academics, school plays, music events, sports, and their religious events. We have always been a close-knit family. Today, I work with special needs children, assisting them on their way to and from school on their school bus. I genuinely love being with and helping children wherever I am needed, and I worked hard to raise Peter with that same foundation of compassion and care for others.

Peter is a very loving and caring person. He has always been a wonderful son and brother, but above all, he is a devoted husband and father. He loves his wife and his seven-year-old son more than anything in the world. I know he misses them deeply, and the feeling is mutual, his wife and son miss him every day and wish more than anything that he could be a steady part of their lives again.

I want to assure the Court that when Peter is permitted to return home, he will not be facing his future alone. His siblings and I, alongside his wife, are fully committed to supporting him. Our family will be here to help provide whatever foundation he needs to rebuild his life responsibly and be the father his seven-year-old son needs him to be.

Thank you, Your Honor, for your time and for giving me the opportunity to share my thoughts about my oldest son. I respectfully ask that you please take our family's unwavering support into consideration as you make your decision.


Sincerely,

Maddelene Celentano
July 15, 2026

**Letter to the Honorable Judge for the Sentencing Hearing of Peter Celentano**

Dear Honorable Judge Vilardo,

I am writing this letter to respectfully offer insight into the character of my twin brother, Peter Celentano. I am fully aware of the seriousness of the situation that brings my brother before you. I do not wish to try to excuse his actions, but instead to share his fundamental character, and the profound introspection he has undertaken to realign his life with the values he has held for so many years.

As twins, we have been inseparable for much of our lives, including attending college together for our undergraduate degrees in Music. While I went to Binghamton University for my Masters, he chose to move to Long Island, pursue his dual Masters and Doctorate at Stony Brook University, and be with my father as he fought his cancer diagnosis. In that time, he was always there for my parents while he balanced his doctoral work, planning his wedding, and helping around the house when my mother needed it. He is as passionate about his craft of music and work in databases as he is compassionate and dedicated to his family.

Growing up, my brother was fascinated with how the world worked around him. He was always taking things apart and putting them back together, trying to improve upon their designs. We fixed our bicycles together when they were damaged and this led to his innate ability with cars, making repairs that I always thought should go to a mechanic, but were always checked over and approved. Applying it to his music, he was constantly repairing brass instruments and even used his compositional skills to create a scholarly re-edit of a standard piece of bass-trombone repertoire that went on to be published as a part of his doctoral dissertation. Due to his lack of funding for his advanced degrees, he even found time to teach himself how databases worked, which led to a job at Stony Brook Hospital, a start-up company in Rochester, and ultimately, working for Amazon Web Services. While his achievements go on, all of this has always been for his family, working to support his wife and ultimately, their son. His commitment to them has always been inspiring to me as I approach marriage this October.

Speaking on the sacrament of marriage and his commitment to his faith, my twin has always been an inspiration as a spiritual individual. During his incarceration, we have spoken on his reliance on the Word of God and his deep study of the Bible. Early in his incarceration, he requested that I order him a set of the Liturgy of the Hours, the purpose of which is to pray alongside other members of our faith at the same times of day with the same prayers. Together, we both learned how to utilize it with the help of the priests and deacon at my Catholic Church on Long Island.

For the last year and nine months, he has ministered to the other inmates who were Catholic, praying with them, encouraging them, and studying the Bible in a way that has also deepened my own faith. Peter's insights have completely changed my understanding of St. Paul's letters during his imprisonment and the plight of St. Dismas.

After twenty-one months, with a phone call around 1pm nearly every Sunday, I have witnessed a man who has prayed deeply, used his commissary to call the deacon from my church to discuss his family and his place as a husband, and has longed to hold his son again in his arms. While he understands that he has not shown his best to his family or his

community, he is a truly repentant man who seeks to make things right with those around him.

My twin is an earnest family man who needs to be back with his family. Through every step of this process, both his wife and my extended family have never wavered from his side. If that meant phone calls, money for his commissary, the countless books ordered, or making sure he got his medical care after breaking his wrist, chipping his front teeth, and getting his gallbladder removed due to accidents experienced during his incarceration, we were always there. My family is ready to welcome him home in every way necessary to ensure he can be with his wife and child to feel safe and supported.

I truly believe that my brother possesses the integrity, the self-awareness, and the support system necessary to succeed in rebuilding his life as a law-abiding citizen. I request that the court take his lifelong commitment of service to others, his genuine remorse, and the robust family support he can expect upon his release into consideration during sentencing.

Thank you for your time and your consideration of this letter. Should you require any clarification, please feel free to contact me.

Respectfully,

**Michael Celentano**
**631-504-0190**
**July 13, 2026**

Dear Honorable Judge Vilardo,

My name is Rachel Celentano, and I am writing to you as the youngest sibling and only sister of Peter Celentano. Thank you for taking the time to consider my perspective.

I fully understand the seriousness of the situation before the Court, and I do not seek to excuse or dismiss my brother's actions. However, I can honestly say that the actions that led to his guilty plea are not consistent with the man I have known my entire life. They do not reflect the caring, dependable, and supportive brother, father, and son he has always been. I write today to provide insight into that person.

As the oldest of our siblings, Peter has always been someone I looked up to. He has consistently been there for me throughout my life, offering guidance, encouragement, and support. Beyond being a wonderful brother, he has always been a devoted father. No matter where life took him, he made every effort to remain involved in his son's life and to spend meaningful time with our family. Each year, he would make it a priority to visit for my birthday (driving over 400 miles), and we created lasting family traditions like going apple and pumpkin picking together. Those moments meant a great deal to all of us.

Music has always been something that brought our family together, and one of my favorite memories is performing alongside Peter at church. He influenced me deeply by encouraging me to become more involved in the music community. Through his example volunteering with the Long Island Youth Orchestra, I was inspired to volunteer for other local orchestras wherever I could.

His willingness to use his talents to support others was especially evident when our father passed away in 2018. Our family experienced a tremendous loss, but my brother stepped up in meaningful ways during that difficult time. He created and maintained the website for the Celentano Foundation, a nonprofit we established to provide scholarships for graduating seniors pursuing music degrees. His dedication to supporting our father's legacy reflects his profound generosity and commitment to our community.

The current circumstances have been heartbreaking for all of us. Because of this situation, my brother was unable to attend my wedding this past February. After losing our father, having my oldest brother absent on one of the most important days of my life was especially difficult. I deeply wished he could have been there to celebrate with our family. Although this experience has been incredibly painful, I believe it has also been a profound lesson for him, and one he is taking fully to heart.

When he is released, he will not be facing the future alone. I will continue to support him, encourage him, and help him rebuild his life. Our family remains committed to helping him move forward in a positive and responsible way.

Thank you for your time, your service, and your consideration of my letter. I respectfully ask that you consider the person I have known throughout my life, his dedication to his family, and the support system that will be there for him as you make your decision.

Sincerely,

Rachel Celentano

Dear Honorable Judge Vilardo,

My name is Michael Previti, and I am writing to you as Peter Celentano's uncle. I have known Peter for his entire life. I know that Peter is before your court for a serious offense. I am not writing this letter to try to excuse what he has done. However, I hope to speak to his character and the sincere remorse he has expressed to me.

Peter has always been a very responsible person who is eager to help others. For example, when Peter was a Doctoral student at Stony Brook University in New York, he saw that a senior citizen's vehicle had broke down in the parking lot. Peter didn't hesitate to assist. Even though it was evening and completely dark, he drove to an auto parts store, purchased a radiator hose, and replaced it right there in the lot. He did the repair work with his own tools while I held the flashlight for him. He asked for absolutely nothing in return. He was simply happy to fix the problem for a senior in need. That selflessness is a true reflection of the Peter I know.

During his incarceration, Peter has expressed to me his deep sorrow for his actions and his determination to be a better person. He took a proactive role while incarcerated, volunteering to work in the kitchen to prepare food for other inmates and clean until he was injured and physically unable to continue. He has also leaned heavily on his faith, reading his Bible constantly and working toward his goal of one day becoming a deacon.

I know that he cannot wait until his release to be reunited with his wife, his son, and our extended family. Thank you for allowing me to share my feelings about my nephew. I respectfully ask that Your Honor consider Peter's helpful nature, his positive actions while incarcerated, his loving family ready to support him and welcome him home, and his remorse for what he has done when deciding his sentence.

Sincerely,

**Michael Previti**
**July 14, 2026**

Dear Judge Vilardo,

My name is Sam Previti, and I am Peter Celentano's uncle. I have known Peter since the day he was born. I am fully aware of the serious charges that bring him before your court today. I do not write to excuse his actions, but to provide a factual account of his character and work ethic, as well as his lifelong dedication to education and community.

Throughout his life, Peter has proven a highly disciplined commitment to his goals, centered around his work as a trombonist. As a young man, joined the Long Island Youth Orchestra, performing alongside his siblings at Carnegie Hall. He consistently applied himself year-round, serving as a reliable cornerstone for his high school's orchestra, plays, and concerts. Whether this meant committing months worth of nights and weekends to rehearsal for the school play or repairing instruments for other students because the schools budget didn't allow for getting them fixed on such a tight timeline, he was always very dedicated.

Peter also chose to use his summers productively to build his skills and mentor others. He participated in specialized summer music programs for high school students at Long Island University, and he worked as a counselor at the French Woods Festival of the Performing Arts in Hancock, New York. In that role, he took on the responsibility of guiding and supporting younger students interested in the performing arts. He did not earn much money for these roles, but he loved the opportunity to help and mentor others.

His capacity for hard work and perseverance is most clearly demonstrated by his academic record. After high school, he attended SUNY Potsdam and went on to complete his rigorous education at Stony Brook University, where he earned his Doctor of Musical Arts in Music Performance. Achieving a doctorate requires a level of accountability, long-term planning, and dedication that is fundamental to who Peter is.

While Peter has made a serious mistake, his established history shows a man capable of intense discipline, positive community involvement, and sustained hard work. When he is released, he has a family who loves him ready to support his responsible reintegration into society. I respectfully ask the Court to weigh his extensive background of positive contributions and his capacity for rehabilitation when determining his sentence.

Sincerely,

Your honor, thank you in advance for reading this letter for our nephew Peter Celentano as you consider his sentencing.

My wife and I have known Peter since he was born, and aside from the serious mistakes he may have made in his current situation, he has always been a good person and continues to be a devoted nephew, son, father, and husband. My wife and I have seen Peter grow from being an intelligent and curious child to the intelligent man he is today.

Peter advanced quite far in his academic career, pursuing a doctoral degree in music in the tradition of following the arts along with the rest of his family. As his responsibilities of being a husband and father increased, he moved into the IT field and upstate NY to better assist in caring for his wife's family and his own, and to make a better living.

While Peter's curiosity and confidence in his abilities contributed to his current situation, he has proven many times to be equally helpful to his family and friends, repairing cars, visiting us (his elderly uncle and aunt in Florida) to fix our Ring security system, and various other acts of kindness where he has put his talents toward positive ends.

We do not condone nor excuse Peter's actions – but we sincerely feel that time away from his son and his wife will remind him that his God given talents should and will be used to better the lives of others. We, along with his entire family, look forward to the day when we can welcome him back to a holiday meal, to bring his wife and child over for a visit, and to be there to celebrate his joy as he watches his son grow up.

We appreciate you considering our words along with the words of the rest of his family as you make your judgment. We know in our hearts that Peter would not jeopardize any opportunity you might give him to be reunited with his family and to be a positive member of society.

Sincerely,

Peter Allen Previti, Sr. and Xiomara Previti

Peter Allen Previti SR

Xiomara Previti